UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Chattanooga_


FILED
JUL 12 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

_Cody R. Murphy_ )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )           3:23-mc-43
              Crytzer/McCook
_Hamilton County_ )
_Sheriffs office_ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Hamilton County Sheriffs Office_

    A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

    C. If your answer is YES,

        1. What steps did you take? _I filed a complaint against Staff via grievance._

        2. What was the result? _Security meeting and statement._

    D. If your answer to B is NO, explain why not. _____

    E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

    F. If your answer is YES,

        1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Cody R. Murphy

Present address: 46 army rd (7609 standerdford gap rd.)

Permanent home address: 46 army rd.

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Hamilton Co Sheriffs office

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

discrimination, due process, crule and un usual punishment.

3

I inmate Cody R. Murphy was detained on 5-14-23 on charges of probation violation upon Carceration/arrival at Hamilton Co. Sheriffs office / Silverdale Jail / work house / i was confined to the wall / chained / handcuffed for More than 72 hrs. without food (water) (drink) and made to use bathroom upon myself (soil) durring this time i requested and asked to please be removed from wall. only to be laughed at and ridiculed by staff

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

to bring attentions to the courts about how we as people are being treated by staff. to receve due Justice as the court sees fit / appropriate

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 7th day of July, 20 23

_____
Signature of plaintiff(s)

5

Cody R Murphy #607364
Hamilton County
7609 Standifer gap rd.
Chattanooga TN.
37421

Eastern district of Tennessee
office of united states district court
800 Market st, suite 130
Knoxville TN. 37902

INMATE MAIL
HCSO - Silverdale Detention Center
This letter has been mailed by an inmate.
The Hamilton County Sheriff's Office
is not responsible for the contents
of this letter.

FOREVER USA
Barn Swallow

RECEIVED
JUL 12 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

8 JUL 2023 PM 4 L
NASHVILLE TN 370